# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Sluga, Cassandra L | § | Case No. 11 B 17870 |
|---|---|---|---|
| | Sluga, Michael J | § | |
| | Debtors | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/27/2011.

2) The plan was confirmed on 07/13/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 08/15/2011.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $45,750.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $754.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$754.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $178.21 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $32.79 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$211.00** |
| Attorney fees paid and disclosed by debtor     $2,439.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ally Financial | Secured | NA | $12,906.26 | $7,150.00 | $543.00 | $0 |
| TCF Mortgage Corporation | Secured | $323,465.00 | NA | NA | $0 | $0 |
| ACL Inc | Unsecured | $276.70 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $85.00 | NA | NA | $0 | $0 |
| Ally Financial | Unsecured | $5,633.30 | NA | NA | $0 | $0 |
| Ally Financial | Unsecured | $5,633.30 | $5,756.26 | $5,756.26 | $0 | $0 |
| Ameriloan | Unsecured | $0 | NA | NA | $0 | $0 |
| Atlantic Credit & Finance Inc | Unsecured | $17,675.00 | NA | NA | $0 | $0 |
| CashNet USA | Unsecured | $526.83 | NA | NA | $0 | $0 |
| Chex Systems Inc | Unsecured | $1,702.95 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $222.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $79.00 | $201.00 | $201.00 | $0 | $0 |
| Comcast | Unsecured | $102.06 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $662.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $435.00 | NA | NA | $0 | $0 |
| Credit Protection Depot | Unsecured | $0 | NA | NA | $0 | $0 |
| Department Of Education | Unsecured | $4,311.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Direct TV | Unsecured | $945.53 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | NA | $7,476.95 | $7,476.95 | $0 | $0 |
| Discovery Miles | Unsecured | $7,476.00 | NA | NA | $0 | $0 |
| ECMC | Unsecured | NA | $31,471.76 | $31,471.76 | $0 | $0 |
| Fast & Reliable Cash | Unsecured | $0 | NA | NA | $0 | $0 |
| FIA Card Services | Unsecured | $40,779.00 | $40,779.97 | $40,779.97 | $0 | $0 |
| FIA Card Services | Unsecured | $1,024.00 | $1,024.54 | $1,024.54 | $0 | $0 |
| Heritage Professional | Unsecured | $140.00 | NA | NA | $0 | $0 |
| Home Depot | Unsecured | $1,461.81 | NA | NA | $0 | $0 |
| Imagine | Unsecured | $595.00 | NA | NA | $0 | $0 |
| Lawn Medical | Unsecured | $9.20 | NA | NA | $0 | $0 |
| Linda Lake, PsyD | Unsecured | $897.00 | NA | NA | $0 | $0 |
| LTD Financial Services | Unsecured | $1,578.85 | NA | NA | $0 | $0 |
| Mages & Price | Unsecured | $230.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $1,578.00 | $1,627.51 | $1,627.51 | $0 | $0 |
| Midland Credit Management | Unsecured | $2,334.00 | $17,674.68 | $17,674.68 | $0 | $0 |
| National Recovery Agency | Unsecured | $201.00 | NA | NA | $0 | $0 |
| National Recovery Agency | Unsecured | $77.00 | NA | NA | $0 | $0 |
| Northern Illinois University | Unsecured | $195.00 | NA | NA | $0 | $0 |
| Oak Lawn Foot And Ankle Center | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Payday Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Penn Credit Corp | Unsecured | $175.30 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $536.00 | $528.73 | $528.73 | $0 | $0 |
| Professional Account Management | Unsecured | $65.03 | NA | NA | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | $250.00 | $250.00 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $727.00 | $727.77 | $727.77 | $0 | $0 |
| Salt Creek Therapy | Unsecured | $197.50 | NA | NA | $0 | $0 |
| Southwest Credit Systems | Unsecured | $472.02 | NA | NA | $0 | $0 |
| Suburban Radiologist | Unsecured | $36.10 | NA | NA | $0 | $0 |
| Take Care Health | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Terrence R Gilman DDS | Unsecured | $715.00 | NA | NA | $0 | $0 |
| U.S. Department Of Education | Unsecured | $675.00 | NA | NA | $0 | $0 |
| U.S. Department Of Education | Unsecured | $8,844.00 | NA | NA | $0 | $0 |
| U.S. Department Of Education | Unsecured | $16,201.00 | NA | NA | $0 | $0 |
| United Recovery Services | Unsecured | $2,333.51 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Village Of Worth | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Weltman Weinberg & Reis Co LPA | Unsecured | $18,068.68 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $7,150.00 | $543.00 | $0 |
| All Other Secured | $31,471.76 | $0 | $0 |
| **TOTAL SECURED:** | $38,621.76 | $543.00 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $76,047.41 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $211.00 |
| Disbursements to Creditors | $543.00 |
| **TOTAL DISBURSEMENTS:** | $754.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 25, 2011        By: /s/ MARILYN O. MARSHALL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)